IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FORREST THOMAS,

        Plaintiff,

     v.

THE PNC FINANCIAL SERVICES GROUP,
INC. d/b/a PNC BANK,

        Defendant.

Civil Action No.  2:26-cv-00376

District Judge J. Nicholas Ranjan

## MOTION FOR ADMISSION *PRO HAC VICE* OF ALNISA S. BELL

Alnisa S. Bell, undersigned counsel for Defendant PNC BANK, N.A. ("Defendant") (incorrectly named "The PNC Financial Services Group, Inc. d/b/a PNC Bank"), hereby moves for admission to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Defendant pursuant to Local Civil Rule 83.2 B and this Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches her Affidavit for Admission *Pro Hac Vice*, which satisfies the requirements of the foregoing Local Rules and Standing Order.

DATED:  June 16, 2026                    Respectfully submitted,


                                        /s/ Alnisa S. Bell
                                        Alnisa S. Bell
                                        abell@seyfarth.com
                                        SEYFARTH SHAW LLP
                                        620 Eighth Avenue
                                        New York, New York  10018
                                        Telephone: (212) 218-5500
                                        Facsimile: (212) 218-5526

                                        Erica L. Stringer (PA No. 89934)
                                        eyohe@seyfarth.com
                                        SEYFARTH SHAW LLP
                                        233 South Wacker Drive, Suite 8000
                                        Chicago, IL 60606-6448
                                        Telephone:  (312) 460-5148
                                        Facsimile:  (312) 460-7536

                                        *Attorneys for Defendant, PNC Bank, N.A.*


### CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of June 2026, I electronically filed the foregoing

*Motion for Admission Pro Hac Vice of Alnisa S. Bell* with the Clerk of Court using the CM/ECF

system which will send notification of such filing to all counsel of record.


                                        /s/ Alnisa S. Bell
                                        Alnisa S. Bell