IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FORREST THOMAS,

   Plaintiff,

  v.

THE PNC FINANCIAL SERVICES GROUP,
INC. d/b/a PNC BANK,

   Defendant.

Civil Action No.  2:26-cv-00376

District Judge J. Nicholas Ranjan

**ORDER**

  This matter comes before the Court on Defendant's Motion for Admission *Pro Hac Vice* of Alnisa S. Bell. The Court, having considered Defendant's Motion and the supporting Affidavit, and the required fee having been tendered, now finds that the Motion should be, and is, hereby GRANTED.

DATED: June 18, 2026

      s/ J. Nicholas Ranjan
      United States District Judge