IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FORREST THOMAS,

      Plaintiff,

      v.

THE PNC FINANCIAL SERVICES GROUP,
INC. d/b/a PNC BANK,

      Defendant.

Civil Action No.  2:26-cv-00376

District Judge J. Nicholas Ranjan

**JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER**

Pursuant to Fed. R. Civ. P. 26(c), Plaintiff Forrest Thomas and Defendant PNC Bank, N.A. ("PNC"), through their respective counsel, jointly move the Court for an Order approving and entering the attached Stipulated Protective Order. In support of this joint motion, the parties state as follows:

1.     In this employment discrimination action, the parties anticipate the exchange of certain information and documents that are of a confidential nature, which are not generally available to the public, and in which the parties and non-parties to this action have a reasonable expectation of privacy.

2.     Specifically, the Plaintiff may request in discovery certain job performance, disciplinary, discharge and other confidential personnel information of PNC's employees who are not parties to this action. Additional categories of confidential information that the parties anticipate exchanging include Plaintiff's financial and tax information, personal health information of Plaintiff and non-party PNC employees, and PNC proprietary information, which may include confidential customer information.

3.      The parties agree that this confidential information must be subject to reasonable protections against disclosure to third parties, outside the context of this litigation.

4.      The parties have agreed to the entry of the Stipulated Protective Order to proactively address confidentiality concerns and facilitate the exchange of information in discovery.

WHEREFORE, for good cause shown, Plaintiff and Defendant respectfully request that the Court approve and enter the attached Stipulated Protective Order.

Dated:  June 23, 2026

Respectfully submitted,

<table>
<tr><td>

*s/ Andrew M. Snyder*

Andrew M. Snyder (PA No. 320004)
andrew@workersrightslawgroup.com
Brendan K. Petrick (PA No. 88968)
brendan@workersrightslawgroup.com
Patrick W. Carothers (PA No. 85721)
patrick@workersrightslawgroup.com
THE WORKERS' RIGHTS LAW GROUP,
LLP Foster Plaza 10
680 Anderson Dr., Suite 230
Pittsburgh, PA 15220
Telephone: (412) 910-9592
Facsimile: (412) 991-7510

Attorneys for Plaintiff, Forrest Thomas

</td><td>

*s/ Erica L. Stringer*

Erica L. Stringer (PA No. 89934)
estringer@seyfarth.com
SEYFARTH SHAW LLP
233 South Wacker Drive, Suite 8000
Chicago, IL 60606-6448
Telephone:  (312) 460-5148
Facsimile:  (312) 460-7536

Alnisa S. Bell (*pro hac vice*)
abell@seyfarth.com
SEYFARTH SHAW LLP
620 Eighth Avenue
New York, New York  10018
Telephone: (212) 218-5500
Facsimile: (212) 218-5526

Attorneys for Defendant, PNC Bank,
N.A.

</td></tr>
</table>

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of June 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

_s/ Erica L. Stringer_
Erica L. Stringer